UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NON JUDICIAL CIVIL FORFEITURE PROCEEDING REGARDING $299,980.00 IN UNITED STATES CURRENCY SEIZED ON OR ABOUT FEBRUARY 3, 2020 | 20 Misc. 250 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

By Stipulation dated July 13, 2020, the Government's complaint was to be filed on or by August 23, 2020. (Dkt. #3). The Court has been informed that the Government does not intend to file a complaint. Therefore, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:  October 8, 2020
        New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge